IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| ROBERT MITCHELL JR., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VALLEY FINANCIAL CREDIT UNION,<br><br>Defendant. | CV 25–52–BLG–DLC<br><br><br>ORDER |

Before the Court is Defendant's motion for the admission of attorney Scott R. Sinson, *pro hac vice*, in the above-captioned matter. (Doc. 17.) It appears that Nathan A. Huey of Gordon Rees Scully Mansukhani will serve as local counsel in this matter. (*Id.* at 1.) Mr. Sinson's application (Doc. 17-1) complies with this Court's Local Rules governing the admission of counsel *pro hac vice*. D. Mont. L.R. Civ. 83.1(d).

Accordingly, IT IS ORDERED that the motion (Doc. 17) is GRANTED on the condition that Mr. Sinson does his own work. This means that he must: (1) do his own writing; (2) sign his own pleadings, motions, and briefs; and (3) appear and participate personally. Mr. Sinson shall take steps to register in the Court's

1

electronic filing system (CM-ECF). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. files a separate pleading acknowledging his admission under the terms set forth above within fifteen (15) days of this Order.

DATED this 26th day of June, 2025.

_____
Dana L. Christensen, District Judge
United States District Court