IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| ROBERT MITCHELL JR., individually and on behalf of all others similarly situated, | CV 25–52–BLG–DLC |
| Plaintiff, | ORDER |
| v. | |
| VALLEY FINANCIAL CREDIT UNION, | |
| Defendant. | |

Before the Court is Plaintiff's motion for the admission of attorney Vess A. Miller, *pro hac vice*, in the above-captioned matter. (Doc. 26.) It appears that John Fitzpatrick of Towe & Fitzpatrick will serve as local counsel in this matter. (*Id.* at 2.) Mr. Miller's application (Doc. 26-1) complies with this Court's Local Rules governing the admission of counsel *pro hac vice*. D. Mont. L.R. Civ. 83.1(d).

Accordingly, IT IS ORDERED that the motion (Doc. 26) is GRANTED on the condition that Mr. Miller does his own work. This means that he must: (1) do his own writing; (2) sign his own pleadings, motions, and briefs; and (3) appear and participate personally. Mr. Miller shall take steps to register in the Court's electronic filing system (CM-ECF). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

1

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless

Mr. Miller files a separate pleading acknowledging his admission under the terms

set forth above within fifteen (15) days of this Order.

DATED this 3rd day of October, 2025.

Dana L. Christensen, District Judge
United States District Court