IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| ROBERT MITCHELL JR., individually and on behalf of all others similarly situated, | CV 25–52–BLG–DLC |
| Plaintiff, | ORDER |
| v. | |
| VALLEY FINANCIAL CREDIT UNION, | |
| Defendant. | |

Defendant Valley Financial Credit Union has filed an interlocutory appeal of this Court's Order denying its Motion to Compel Arbitration (Doc. 34). (Doc. 37.)

Accordingly, IT IS ORDERED that this matter is STAYED pending disposition of Defendant's appeal to the Ninth Circuit Court of Appeals of this Court's Order denying the Motion to Compel Arbitration (Doc. 37). *See Coinbase v. Bielski*, 599 U.S. 736 (2023).

IT IS FURTHER ORDERED that the preliminary pretrial conference set for July 16, 2026, is VACATED to be reset by future order, if necessary.

DATED this 10th day of July, 2026.

Dana L. Christensen, District Judge
United States District Court