IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| ROBERT MITCHELL JR., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VALLEY FINANCIAL CREDIT UNION,<br><br>Defendant. | CV 25–52–BLG–DLC<br><br><br>ORDER |

The parties have filed a Joint Stipulation of Dismissal. (Doc. 40.)

Accordingly, IT IS ORDERED that, pursuant to the parties' stipulation, this action is dismissed with prejudice as to Plaintiff's individual claims and without prejudice as to the claims of the putative class, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A).

DATED this 12th day of August, 2026.

Dana L. Christensen, District Judge
United States District Court